IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Marie Brooks,<br><br>                         Plaintiff,<br><br>v.<br><br>Richland County School District One,<br><br>                         Defendant. | C/A No.:  3:12-3569-JFA<br><br><br>ORDER |

      Plaintiff Marie Brooks brings the above-captioned case against her former employer, Richland County School District One. In her complaint, Brooks asserts claims for breach of contract, race and age discrimination pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, and violations of South Carolina's Payment of Wages Act, S.C. CODE ANN. 41-10-10 to -110.

      This matter is before the court on the Magistrate Judge's Report and Recommendation[1] that the court dismiss this action without prejudice for lack of prosecution and failure to comply with the Magistrate Judge's Order to Show Cause dated March 19, 2013. *See* ECF Nos. 13, 29. The Report and Recommendation sets forth the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

      Brooks was advised of her right to file objections to the Report and Recommendation, which was mailed to Brooks on April 8, 2013. However, Brooks did not file any objections. In

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

2

the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation.  *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After carefully reviewing the applicable laws, the record in this case, and the Report and Recommendation, this court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law.  The Report is incorporated herein by reference in its entirety.

Accordingly, the court dismisses this action without prejudice for lack of prosecution and failure to comply with the Magistrate Judge's order.

IT IS SO ORDERED.

May 14, 2013                                           Joseph F. Anderson, Jr.
Columbia, South Carolina                               United States District Judge

2